DAVID R. VALADEZ, P.C.
Attorney at Law
P.O. Box 19030
Tucson, AZ 85731
Phone: (520) 241-7847
dvaladez.dct@gmail.com
Bar No. 018175

David R. Valadez
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR18-1075-RCC/DTF |
| Plaintiff, | |
| v. | **NOTICE OF CHANGE OF PLEA HEARING** |
| Guadalupe Ayon-Martinez, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that the hearing for Defendant's change of plea in the above captioned matter is set for July 17, 2018 at 11:30 a.m. before the Honorable Jacqueline Rateau, at the United States District Court, 405 West Congress Street, Tucson, Arizona.

**RESPECTFULLY SUBMITTED** this 9th day of July 2018.

*s/David R. Valadez*
DAVID R. VALADEZ